IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL PACHECO, individually, )<br>and on behalf of all similarly )<br>situated persons, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>TFS FACILITY SERVICES )<br>GEORGIA, LLC, )<br>)<br>      Defendant. ) | CIVIL ACTION FILE<br><br>NUMBER 1:13-cv-3473-TCB |

### **O R D E R**

After reviewing Plaintiff Gabriel Pacheco's notice of acceptance of offer of judgment [22], judgment shall be entered in favor of Pacheco and against Defendant in the amount of $6,411.38. The notice also makes clear that the claims of all opt-in Plaintiffs will be dismissed without prejudice.

The Court hereby DIRECTS the Clerk to administratively close the case.[1] The Court will retain subject-matter jurisdiction over this case.

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes; it does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation

Parties shall file a dismissal pursuant to Federal Rule of Civil Procedure 41 on or before March 31, 2014.  Should the parties fail to reach agreement on Pacheco's attorneys' fees and costs, either party may file a motion to reopen the case on or before March 31, 2014.  The Order to administratively close the case will not prejudice the rights of the parties to this litigation in any manner.

      IT IS SO ORDERED this 28th day of February, 2014.

                                                _____
                                                Timothy C. Batten, Sr.
                                                United States District Judge

---

periods relevant to the claims identified in the complaint while the case is administratively closed.