## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Gabriel Pacheco, Individually<br><br>          Plaintiff,<br><br>vs.<br><br>TFS Facility Services Georgia, LLC<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-3473-TCB |

## **J U D G M E N T**

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's offer of judgment and the plaintiff's acceptance of said offer, and the court having approved said offer and acceptance and having directed that judgment be entered, it is

**Ordered and Adjudged** that the plaintiff recover from the defendant in the amount of $6,411.38.

Dated at Atlanta, Georgia, this 28th day of February, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: */s/ Janice Micallef*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 28, 2014
James N. Hatten
Clerk of Court

By: */s/ Janice Micallef*
Deputy Clerk